JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARUJA VELEZ CONWAY, | ) | Case No. CV 14-3151 DSF (MANx) |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| v. | ) | |
| | ) | |
| | ) | |
| DELTA AIR LINES, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 9/9/14

_____
DALE S. FISCHER
United States District Judge